EDWARD DEXTER, Appellant, *v.* RIVERSIDE AND OSWEGO MILLS, Respondent.

(Argued May 27, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 7, 1891, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Circuit.

*D. P. Lester* for appellant.

*H. E. Nichols* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM JOHNSTON, Appellant, *v.* MARY E. THEALL, Respondent.

(Submitted May 27, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 14, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Horace E. Deming* for appellant.

*Benjamin W. Downing* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.